Edward J. Tafe (Cal. State Bar No. 175888)
CNA Coverage Litigation Group
555 12th Street, Suite 600
Oakland, CA 94607
Telephone: (510) 645-2300
Facsimile: (510) 645-2323
E-Mail: edward.tafe@cna.com

*Counsel for Defendant*
*Continental Casualty Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PHL VARIABLE INSURANCE COMPANY,<br><br>**Plaintiff,**<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO POLICY NO. SPRFW1701179 AND CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO POLICY NO. SPRFW1701180; AND DOES 1-100,<br><br>**Defendants.** | Civil Action No. 4:19-cv-06799-DMR<br><br>**DEFENDANT CONTINENTAL CASUALTY COMPANY'S L.R. 3-15 DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Continental Casualty Company ("Continental") is not publicly traded. All of Continental's common stock is owned by The Continental Corporation, which is not publicly traded. All of The Continental Corporation's common stock is owned by CNA Financial Corporation ("CNAF"), which has issued shares to the public. Loews Corporation owns the majority of the outstanding common stock of CNAF. No other individual or institution holds more than 10% of CNAF's outstanding common stock.

DATED: October 28, 2019

*Of Counsel:*
Jason Cronic
jcronic@wileyrein.com
Mary E. Borja
mborja@wileyrein.com
Margaret D. Thomas
mthomas@wileyrein.com
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
(202) 719-7000
(202) 719-7049 (fax)

BY: /s/ Edward J. Tafe
Edward J. Tafe
edward.tafe@cna.com
CNA Coverage Litigation Group
555 12th Street, Suite 600
Oakland, CA 94607
(510) 645-2300
(510) 545-2323 (fax)

*Counsel for Defendant*
*Continental Casualty Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of October 2019, a true and correct copy of the foregoing L.R. 3-15 Disclosure of Non-Party Interested Entities or Persons is being served via electronic mail upon the following:

Michael Q. Eagan
Thomas H. Manulkin
Casey A. Eagan
LAW OFFICES OF MICAHEL Q. EAGAN, LLP
One Embarcadero Center, Suite 3600
San Francisco, CA 94111

*Counsel for Plaintiff PHL Variable Insurance Company*