DAWN SILBERSTEIN (SBN 167936)
Dawn.silberstein@wilsonelser.com
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
T: 415.625.9255
F: 415.434.1370

Attorneys for Specially Appearing Defendants
CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON
Subscribing to Policy No. SPRFW1701179; and
CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON
Subscribing to Policy No. SPRFW1701180

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PHL VARIABLE INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO POLICY NO. SPRFW1701179 AND CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO POLICY NO. SPRFW1701180; AND DOES 1-100<br><br>Defendants. | Case No. 19-cv-06799-CRB<br><br>**SPECIALLY APPEARING DEFENDANTS, CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO POLICY NO. SPRFW1701179 AND CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO POLICY NO SPRFW1701180'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Specially Appearing Defendants CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO POLICY NO. SPRFW1701179 and CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO POLICY NO. SPRFW1701180 hereby state and disclose as follows:

Syndicate 1221, Navigators Corporate Underwriters, Ltd. (Parent)

Syndicate 2001, MS Amlin Corporate Member, Ltd. (Parent)

Syndicate 4711, Aspen Underwriting, Ltd. (Parent)

1. Syndicate 1861, AmTrust Corporate Member, Ltd. (Parent)
2. Syndicate 3000, Markel Capital, Ltd. (Parent)
3. Syndicate 4444, Canopius Managing Agents, Ltd. (Parent)
4. Syndicate 1980, Liberty Managing Agency, Ltd (Parent)

Dated: November 18, 2019

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP.

_____
Dawn Silberstein
Attorney for Specially Appearing Defendants
CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON Subscribing to Policy No. SPRFW1701179; and CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, Subscribing to Policy No. SPRFW1701180